## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

VIRGINIA JENSEN,                          :

      Plaintiff,                        :
                                Case No. 3:11cv00453

  vs.                                 :

                                District Judge Thomas M. Rose

MICHAEL J. ASTRUE,                       :   Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration,                 :

      Defendant.                        :

## DECISION AND ENTRY

        The Court has reviewed the Report and Recommendations of United States

Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed

thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has

expired, hereby **ADOPTS** said Report and Recommendations.

        Accordingly, it is hereby **ORDERED** that:

    1.    The Report and Recommendations filed on November 20, 2012 (Doc. #15)
          is ADOPTED in full;

    2.    The Commissioner's non-disability finding is vacated;

    3.    No finding is made as to whether Plaintiff Virginia Jensen is under a
          "disability" within the meaning of the Social Security Act;

4.      This case is remanded to the Commissioner and the Administrative Law
        Judge under Sentence Four of 42 U.S.C. § 405(g) for further consideration
        consistent with the Report and Recommendations, and this Decision and
        Entry; and,

5.      The case is terminated on the docket of this Court.

December 10, 2012                                    *Thomas M. Rose*

                                        _____
                                              Thomas M. Rose
                                        United States District Judge

2