# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| VIRGINIA A. JENSEN, | : | |
| Plaintiff, | : | Case No. 3:11cv00453 |
| vs. | : | District Judge Thomas M. Rose |
| | | Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #24), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on October 27, 2015 (Doc. #24) is ADOPTED in full;

2. The Motion for Allowance of Attorney Fees (Doc. #23) is GRANTED;

3. The Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42

U.S.C. §406(b)(1) in the amount of $9,400.00; and

4. The case remains terminated on the docket of this Court.

November 16, 2015                                                                *s/Thomas M. Rose

                                                                                                     _____
Thomas M. Rose
United States District Judge